IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -8 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01110-OES

RANDOLPH STEPHEN BAIRD,

    Plaintiff,

v.

T. ANTHONY CAROCHE,

    Defendant.

---

ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY
OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

---

Plaintiff Randolph Stephen Baird is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Buena Vista, Colorado, Correctional Facility. On June 30, 2005, Mr. Baird filed *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Attached to the motion and affidavit is an offender communication signed by S. Montera alleging that the courts will accept Mr. Baird's notarized account statement and that the prison "do[es] not certify statements." Prisoner Complaint at attached offender communication. S. Montera is mistaken. The Court will not accept Mr. Baird's notarized account statement and will required the prison to provide him with a certified account statement that complies with 28 U.S.C. § 1915 (Supp. 2005) as directed below.

Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Baird needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the

appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action, which he apparently intends to do. Therefore, the warden of the Buena Vista Correctional Facility will be ordered to obtain from the appropriate prison official and to provide the Court with a certified copy of Mr. Baird's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on June 16, 2005. Failure to provide such an account statement within the time allowed will result in a Court order directing the warden of the Buena Vista Correctional Facility to pay the entire $250.00 filing fee owed in this action. Accordingly, it is

ORDERED that the warden of the Buena Vista Correctional Facility obtain from the appropriate prison official and provide the Court with a certified copy of Plaintiff Stephen Baird's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on June 16, 2005. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed will result in a Court order directing the warden of the Buena Vista Correctional Facility to pay the entire $250.00 filing fee owed in this action.

FURTHER ORDERED that the clerk of the Court mail a copy of this order to the warden of the Buena Vista Correctional Facility.

DATED at Denver, Colorado, this 8 day of July, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01110-OES

Randolph Stephen Baird
Reg. No. 119594
Buena Vista Corr. Facility
PO Box 2005
Buena Vista, CO 81211

Warden
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/8/05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk