IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01110-OES

RANDOLPH STEPHEN BAIRD,

    Plaintiff,

v.

T. ANTHONY CAROCHE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's "Motion for Declaratory Judgment" filed on July 18, 2005, is DENIED as premature.

Dated: July 19, 2005

Copies of this Minute Order mailed on July 19, 2005, to the following:

Randolph Stephen Baird
Prisoner No. 119594
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

*(signature)*
Secretary/Deputy Clerk