IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01110-OES

RANDOLPH STEPHEN BAIRD,

Plaintiff,

v.

T. ANTHONY CAROCHE,

Defendant.

___

ORDER DIRECTING WARDEN TO PAY $250.00 FILING FEE IN THIS ACTION

___

Plaintiff Randolph Stephen Baird is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Buena Vista, Colorado, Correctional Facility. On June 30, 2005, Mr. Baird filed *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Attached to the motion and affidavit is an offender communication signed by S. Montera alleging that the courts will accept Mr. Baird's notarized account statement and that the prison "do[es] not certify statements." Prisoner Complaint at attached offender communication.

On July 8, 2005, the Court entered an order informing S. Montera that he or she is mistaken, that the Court will not accept Mr. Baird's notarized account statement, and that the Court will require the prison to provide him with a certified account statement that complies with 28 U.S.C. § 1915 (Supp. 2005).

Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Baird needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month

period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action, which he apparently intends to do. Therefore, the July 8, 2005, order directed the warden of the Buena Vista Correctional Facility to obtain from the appropriate prison official and to provide the Court with a certified copy of Mr. Baird's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on June 16, 2005. The July 8 order informed the warden that failure to provide such an account statement within the time allowed would result in a Court order directing the warden to pay the entire $250.00 filing fee owed in this action. The warden has failed within the time allowed to provide a certified account statement as directed. Accordingly, it is

ORDERED that the warden of the Buena Vista Correctional Facility pay the entire $250.00 filing fee owed in this action **within thirty days from the date of this order**.

FURTHER ORDERED that the clerk of the Court mail a copy of this order to the warden of the Buena Vista Correctional Facility.

DATED at Denver, Colorado, this 23 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01110-OES

Randolph Stephen Baird
Reg. No. 119594
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Warden
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __8-23-05__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk